## W. E. DENNIS v. STATE.

No. A-9146.   March 12, 1937.
(65 Pac. [2d] 1236.)

J. L. Vertrees, and E. B. Anderson, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error hereinafter called the defendant was convicted of the crime of disposing of mortgaged property, and sentenced to the penitentiary for one year, and appeals.

The case-made, with petition in error attached, was filed in this court on May 29, 1936; no brief has been filed in support of the defendant's assignment of errors. A careful examination of the record discloses no fundamental error. The evidence is sufficient to support the verdict of the jury. The case is therefore affirmed.